# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



MIGUEL A. O'CONNER-COLON

        VS.                    **CIVIL NO.**  04-2076  **(JAF)**

UNITED STATES OF AMERICA            **Criminal No. 00-048 (JAF)**

| DESCRIPTION OF MOTION | | |
| --- | --- | --- |
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |
| **- O R D E R -** | | |
| After having reviewed the Magistrate-Judge's Report and Recommendation, <u>Docket Document No. 29</u>, and Petitioner's objection, <u>Docket Document No. 30</u>, the court **ADOPTS** the Magistrate's Report and **ORDERS** the summary dismissal of this case pursuant to Rule 4 of the <u>Rules Governing Section 2255 Appeals in United States Courts</u>. | | |
| Judgment to enter accordingly. | | |
| **IT IS SO ORDERED.** | | |

August 24, 2005                 S/José Antonio Fusté
    Date                       José Antonio Fusté
                                Chief U.S. District Judge