UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL A. O'CONNER-COLON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 04-2076 (JAF)<br><br>(Crim. No. 00-048) |

**O R D E R**

Petitioner, Miguel A. O'Conner-Colón, requests a certificate of appealability from this court to appeal our denial on August 25, 2005, of his 28 U.S.C. § 2255 petition. Docket Document No. 37; see 28 U.S.C. § 2253(c)(2) (1994 & Supp. 2005). A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3). "To make this showing, the applicant must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Santana v. United States, Civ. No. 04-2701 (1st Cir. Aug. 23, 2005).

Upon reviewing the record, we find that any reasonable jurist would find Petitioner's claim entirely insubstantial for the reasons stated in the magistrate judge's Opinion and Order of August 9, 2005, which we adopted on August 25, 2005. Docket Document Nos. 29, 31. Accordingly, we **DENY** Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 2nd day of December, 2005.

                                    s/José Antonio Fusté
                                    JOSE ANTONIO FUSTE
                                    Chief U.S. District Judge